Scanned

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 APR 22 PH 3:25
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| Compression Labs, Incorporated, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) C.A. No. 2-04 CV-159 |
| | ) |
| | ) JURY  T9W |
| 1. Dell Incorporated, | ) |
| 2. International Business Machines Corporation, | ) |
| 3. Toshiba America, Incorporated, | ) |
| | ) |
| *Defendants.* | ) |

**PLAINTIFF COMPRESSION LABS, INCORPORATED'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the Plaintiff Compression Labs, Inc. ("CLI") discloses that it is a wholly owned subsidiary of Forgent Networks, Inc.

1

CHICAGO 284027v1 22768-00143

dockets.Justia.com

                                        Respectfully submitted,

                                        Compression Labs, Inc.

Dated: April 22, 2004                By: *Stephen G Rudisill* (by pern)

                                        Stephen G. Rudisill (*attorney-in-charge*)
                                        (*attorney to be noticed*)
                                              Illinois Bar No.: 2417049
                                              Texas Bar No.: 17376050
                                              srudisill@jenkens.com
                                        John C. Gatz (*attorney to be noticed*)
                                              Illinois Bar No.: 6237140
                                              jgatz@jenkens.com
                                        Russell J. Genet (*attorney to be noticed*)
                                            Illinois Bar No.:6255982
                                            rgenet @jenkens.com
                                        Justin D. Swindells (*attorney to be noticed*)
                                            Illinois Bar No.: 6257291
                                            jswindells@jenkens.com
                                      JENKENS & GILCHRIST
                                      225 West Washington St., Suite 2600
                                      Chicago, Illinois 60606
                                      Tel. 312-425-3900
                                      Fax 312-425-3909

CHICAGO 284027v1 22768-00143