IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
S. DISTRICT COURT

04 MAY 11 PM 3: 59

TX EASTERN-MARSHALL

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 2:04CV-159 (TJW) BY |
| | § | |
| VS. | § | JURY |
| | § | |
| 1. Dell Incorporated, | § | |
| 2. International Business Machines | § | |
| Corporation, | § | |
| 3. Toshiba America, Incorporated, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Franklin Jones, Jr., enters his

appearance in this matter for Plaintiff, Compression Labs, Incorporated, for the purpose of

receiving notices and orders from the Court.

DATED this _10th_ day of May, 2004.

Respectfully submitted,

By: _____
Franklin Jones, Jr.
State Bar No. 00000055
Jones & Jones, Inc., P.C.
201 W. Houston Street (75670)
P. O. Drawer 1249
Marshall, Texas 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
E-mail: maiezieh@millerfirm.com

LON:137305.1
1.815

Dockets.Justia.com

S. Calvin Capshaw
State Bar No. 03783900
Brown McCarroll, LLP
1127 Judson Road, Suite 220,
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@mailbmc.com


Otis W. Carroll
State Bar No. 03895700
Wesley Hill
State Bar No. 24032294
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
E-mail: nancy@icklaw.com
E-mail: wesleyhill@icklaw.com

Stephen G. Rudisill (Attorney-in-Charge)
Illinois State Bar No. 2417049
Texas State Bar No. 17376050
Russell J. Genet
Illinois State Bar No. 6255982
Justin D. Swindells
Illinois Bar No. 6255982
John C. Gatz
Illinois State Bar No. 6237140
Jenkens & Gilchrist
225 W. Washington Street, Suite 2600
Chicago, Illinois 60606-3418
Telephone: (312) 425-3900
Facsimile: (312) 425-3909
E-mail: srudisill@jenkens.com
E-mail: rgenet@jenkens.com
E-mail: jgatz@jenkens.com
E-mail: jswindells@jenkens.com

ATTORNEYS FOR PLAINTIFF