Appendix R                                                                              Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY 11 2004
DAVID MALAND, CLERK
By _____ Deputy

RECEIVED-CLERK
U.S. DISTRICT COURT
2004 MAY 11 PM 6:17
EASTERN-MARSHALL

1. This application is being made for the following: Case # 02-04CV159
Style: Compression Labs, Inc. v. Dell, Inc., et al.
2. Applicant is representing the following party/ies: Compression Labs, Inc.
3. Applicant was admitted to practice in California in December, 1999 and Illinois (state) in May, 2001 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: U.S. Courts of Appeal for the Ninth and Federal Circuits and Federal District Courts for the W.D. Michigan, N.D. Illinois, C.D. California, N.D. Ohio and W.D. Wisconsin.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, R. David Donoghue, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date May 3, 2004          Signature _____

CHICAGO 284925v1 22768-00143

| | |
|---|---|
| Name (please print) | R. David Donoghue |
| State Bar Number | 6273840 IL/ 205730 CA |
| Firm Name: | Jenkens & Gilchrist, P.C. |
| Address/P.O. Box: | 225 West Washington Street, Ste. 2600 |
| City/State/Zip: | Chicago, Illinois 60606 |
| Telephone #: | 312-425-8646 |
| Fax #: | 312-425-3909 |
| E-mail Address: | ddonoghue@jenkens.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 11th day of May, 2004

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  *C. Hinton*

Deputy Clerk

CHICAGO 284925v1 22768-00143

Appendix K                                                                 Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

RECEIVED-CLERK
U.S. DISTRICT COURT
2004 MAY 18
TX EASTERN-MARSHALL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY 11 2004
DAVID MALAND, CLERK
By _____ Deputy

1. This application is being made for the following: Case # 02-04CV159
Style: Compression Labs, Inc. v. Dell, Inc., et al.
2. Applicant is representing the following party/ies: Compression Labs, Inc.
3. Applicant was admitted to practice in Washington in November, 1996, and in Illinois in March, 2004.
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: State of Washington; U.S. District Court WD Washington; U.S. Patent and Trademark Office; U.S. Court of Appeals, Ninth Circuit; U.S. District Court, ED Washington; U.S. Court of Appeals, Federal Circuit; U.S. District Court, ND Illinois; and State of Illinois.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

   I, Gary E. Hood, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date May 3, 2004            Signature _____

CHICAGO 284911v1 22768-00143

| | |
|---|---|
| Name (please print) | Gary E. Hood |
| State Bar Number | 6281580 (IL)/26209 (WA) |
| Firm Name: | Jenkens & Gilchrist, P.C. |
| Address/P.O. Box: | 225 West Washington Street, Ste. 2600 |
| City/State/Zip: | Chicago, Illinois 60606 |
| Telephone #: | 312-425-8548 |
| Fax #: | 312-425-3909 |
| E-mail Address: | ghood@jenkens.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 11 day of May, 2004.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

Appendix K                                                              Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

RECEIVED-CLERK
U.S. DISTRICT COURT
2004 MAY 11 PM 6:19
EASTERN-MARSHALL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY 11 2004
DAVID MALAND, CLERK
By _____ Deputy

1. This application is being made for the following: Case # 02-04CV159
Style: Compression Labs, Inc. v. Dell, Inc., et al.
2. Applicant is representing the following party/ies: Compression Labs, Inc.
3. Applicant was admitted to practice in Illinois (state) in 2000 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: Northern District of Illinois and registered to practice before the United States Patent and Trademark Office.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

   I, Cynthia K. Thompson, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date May 3, 2004          Signature  _Cynthia K. Thompson_

CHICAGO 284908v1 22768-00143

Name (please print) Cynthia K. Thompson
State Bar Number 915298387
Firm Name: Jenkens & Gilchrist, P.C.
Address/P.O. Box:   225 West Washington Street, Ste. 2600
City/State/Zip: Chicago, Illinois 60606
Telephone #:  312-425-8646
Fax #:  312-425-3909
E-mail Address: cthompson@jenkens.com


Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 11 day of May, 2004

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  C. Hinton

Deputy Clerk