IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 MAY 17 PM 1:20
TX EASTERN-MARSHALL
BY

| | |
|---|---|
| Compression Labs, Incorporated, § § | |
| Plaintiff, § § | CASE NO. 2:04CV-159 (TJW) |
| VS. § § | JURY |
| | UNOPPOSED/AGREED |
| 1. Dell Incorporated, § | |
| 2. International Business Machines Corporation, § § | |
| 3. Toshiba America, Incorporated, § § | |
| Defendants. § | |

**AGREED MOTION FOR EXTENSION OF TIME FOR
DEFENDANT, TOSHIBA AMERICA, INCORPORATED, TO FILE ITS ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Toshiba America, Incorporated, one of the Defendants herein, and files this Agreed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Original Complaint and in support of same would show the Court as follows:

I.

Defendant, Toshiba America, Incorporated, hereby requests additional time in which to answer or otherwise respond to this suit, up to and including July 6, 2004. Defendant, Toshiba America, Incorporated, would further show that Plaintiff's counsel has agreed to the requested extension.

II.

WHEREFORE, PREMISES CONSIDERED, Defendant, Toshiba America, Incorporated, respectfully moves the Court to extend the time for Toshiba America, Incorporated to file its

LON:137583.1
1.815

answer or otherwise respond to Plaintiff's Original Complaint up to and including July 6, 2004, and award the parties such and other further relief as they may show themselves justly entitled.

Respectfully submitted,

By: /s/ Henry Bunsow
Henry Bunsow
CA State Bar No. 60707
Howrey Simon Arnold & White, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: bunsowh@howrey.com

ATTORNEYS FOR DEFENDANT,
TOSHIBA AMERICA, INCORPORATED

**CERTIFICATE OF CONFERENCE**

I hereby certify that I spoke with Plaintiff's counsel, Mr. S. Calvin Capshaw, on May 14, 2004, and was advised that he agreed to the extension of time to answer.

/s/ Henry Bunsow
Henry Bunsow

LON:137583.1
1.815

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of May, 2004, I sent a true and correct copy of the above and foregoing document by facsimile to the following counsel of record:

Mr. Stephen G. Rudisill
Jenkens & Gilchrist
225 West Washington St., Suite 2600
Chicago, IL 60606

Mr. Franklin Jones, Jr.
Jones & Jones, Inc., P.C.
P. O. Drawer 1249
Marshall, TX 75671-1249

Mr. Otis Carroll
Ireland, Carroll & Kelley, P.C.
P. O. Box 7879
Tyler, TX 75711

Mr. S. Calvin Capshaw
Brown McCarroll, L.L.P.
P. O. Box 3999
Longview, TX 75606-3999

_____
Henry Bunsow

LON:137583.1
1.815

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § § | |
| Plaintiff, | § § | CASE NO. 2:04CV-159 (TJW) |
| VS. | § § | JURY |
| 1. Dell Incorporated, | § § | UNOPPOSED/AGREED |
| 2. International Business Machines Corporation, | § § § | |
| 3. Toshiba America, Incorporated, | § § | |
| Defendants. | § § | |

## AGREED ORDER

On this day came on to be heard the Agreed Motion to Extend Deadline for Defendant Toshiba America, Incorporated to file its Answer or otherwise respond, and after considering the Motion, the Court is of the opinion that the Agreed Motion should be GRANTED.

IT IS HEREBY ORDERED that the deadline for Defendant's, Toshiba America, Incorporated, to answer or otherwise respond is extended up to and including July 6, 2004.

SIGNED this the _____ day of _____, 2004.


_____
UNITED STATES DISTRICT JUDGE

LON:137583.1
1.815