IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 MAY 18 PM 4:29
TX EASTERN-MARSHALL
BY_____

| | | |
|---|---|---|
| Compression Labs, Incorporated | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 2:04CV-159 (TJW) |
| 1. Dell Incorporated, | § | |
| 2. International Business Machines Corporation, | § § | |
| 3. Toshiba America, Incorporated, | § § | |
| Defendants. | § | |

### UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants, Dell Inc. and International Business Machines Corporation, ("Defendants") respectfully move the Court for an extension until July 6, 2004 to answer or otherwise respond to Plaintiff's Complaint. Defendants have consulted with counsel for Plaintiff, and Plaintiff does not oppose the extension until July 6, 2004.

DLI-5846189v1

- 2 -

Respectfully submitted,

*Mark N. Reiter* By Permission *He Shepped*
Mark N. Reiter, Esq.
State Bar No. 16759900
mreiter@jonesday.com
Daniel T. Conrad, Esq.
State Bar No. 24026608
dtconrad@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

COUNSEL FOR DEFENDANT
INTERNATIONAL BUSINESS
MACHINES CORPORATION
Counsel is authorized to sign on behalf of
Defendant Dell Inc. as well.

DLI-5846189v1

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Unopposed Motion To Extend Time To Respond To Complaint were served by first-class mail this 18th day of May, 2004 upon each of the parties listed below:

Stephen G. Rudisill
John C. Gatz
Russell J. Genet
Justin D. Swindells
JENKENS & GILCHRIST
225 West Washington Street
Suite 2600
Chicago, Illinois 60606

Calvin Capshaw
BROWN MCCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157

Toshiba America, Incorporated
1251 Avenue of the Americas
41st Floor
New York, New York 10020

*Mark N. Reiter By Permission*
*[signature]*

DLI-5846189v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated<br><br>　　　　Plaintiff,<br>v.<br><br>1. Dell Incorporated,<br>2. International Business Machines Corporation,<br>3. Toshiba America, Incorporated,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 2:04CV-159 (TJW)<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT**

On this day came for consideration Unopposed Motion to Extent Time to Respond to Complaint filed by Defendants Dell Inc. and International Business Machines Corporation. Good cause appearing therefore, it is hereby ORDERED that the Motion is GRANTED. Defendants Dell Inc. and International Business Machines Corporation shall have until July 6, 2004 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Signed this ___ day of May, 2004.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　T. John Ward
　　　　　　　　　　　　　　　　　　United States District Court Judge

DLI-5846189v1