IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 MAY 21 PM 1:30

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| Compression Labs, Incorporated, | ) |
| *Plaintiff,* | ) |
| | ) C.A. No. 02:04CV159 |
| v. | ) |
| | ) JURY |
| 1. Dell Incorporated, | ) |
| 2. International Business Machines, Corporation, | ) |
| *Defendants.* | ) |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Daniel V. Flatten, enters his appearance in this matter for Plaintiff, Compression Labs, Incorporated, for the purpose of receiving notices and orders from the Court.

DATED this __19__ day of May, 2004.

Respectfully submitted,

JENKENS & GILCHRIST
A Professional Corporation

BY: /s/ Daniel V. Flatten
Daniel V. Flatten
State Bar No. 07113000
1401 McKinney, Ste. 2700
Houston, TX 77010
(713) 951-3300 (Telephone)
(713) 951-3314 (Facsimile)

Stephen G. Rudisill (Attorney-in-Charge)
Illinois State Bar No. 2417049
Texas State Bar No. 17376050
Russell Genet
Illinois State Bar No. 6255982
Texas State Bar No. 17376050

HOUSTON 310329v1 22768-00143

Justin D. Swindells
Illinois State Bar No. 6255982
John C. Gatz
Illinois State Bar No. 6237140
JENKENS & GILCHRIST
225 West Washington Street, Suite 2600
Chicago, IL 60606
(312) 425-3900 (Telephone)
(312) 425-3909 (Facsimile)

Franklin Jones, Jr.
State Bar No. 00000055
Jones & Jones, Inc., P.C.
201 W. Houston Street (75670)
P.O. Drawer 1249
Marshall, Texas 75671-1249
(903) 938-4395 (Telephone)
(903) 938-3360 (Facsimile)

S. Calvin Capshaw
State Bar No. 03783900
Brown McCarroll, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
(903) 236-9800 (Telephone)
(903) 236-8787 (Facsimile)

Otis W. Carroll
State Bar No. 03895700
Wesley Hill
State Bar No. 24032294
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
(903) 561-1600 (Telephone)
(903) 581-1071 (Facsimile)

ATTORNEYS FOR PLAINTIFF