FILED-CLERK
S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT  04 MAY 24  AM 10: 31
FOR THE EASTERN DISTRICT OF TEXAS  TX EASTERN-MARSHALL
MARSHALL DIVISION

BY_____

| | | |
|---|---|---|
| Compression Labs, Incorporated | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:04CV-159 (TJW) |
| 1. Dell Incorporated, | § | |
| 2. International Business Machines Corporation, | § | |
| 3. Toshiba America, Incorporated, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

On this day came for consideration Unopposed Motion to Extent Time to Respond to Complaint filed by Defendants Dell Inc. and International Business Machines Corporation. Good cause appearing therefore, it is hereby ORDERED that the Motion is GRANTED. Defendants Dell Inc. and International Business Machines Corporation shall have until July 6, 2004 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Signed this 19th day of May, 2004.

T. John Ward
United States District Court Judge

DLI-5846189v1