Scanned

FILED-CLERK
U.S. DISTRICT COURT

04 JUN -1 PM 4: 14

TX EASTERN-MARSHALL

BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 2:04CV-159 (TJW) |
| | § | |
| VS. | § | JURY |
| | § | UNOPPOSED/AGREED |
| 1. Dell Incorporated, | § | |
| 2. International Business Machines | § | |
| Corporation, | § | |
| 3. Toshiba America, Incorporated, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER

On this day came on to be heard the Agreed Motion to Extend Deadline for Defendant Toshiba America, Incorporated to file its Answer or otherwise respond, and after considering the Motion, the Court is of the opinion that the Agreed Motion should be GRANTED.

IT IS HEREBY ORDERED that the deadline for Defendant's, Toshiba America, Incorporated, to answer or otherwise respond is extended up to and including July 6, 2004.

SIGNED this the _1st_ day of _June_, 2004.

_____
T. John Ward
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com