IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 MAY 28 PM 2:16
TX EASTERN-MARSHALL
BY_____

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § § § | |
| *Plaintiff,* | § | |
| v. | § § | C.A. NO. 2-04CV-159 |
| 1. Dell Incorporated, | § | JURY |
| 2. International Business Machines Corporation, | § § | |
| 3. Toshiba America, Incorporated, | § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following individual hereby enters his appearance of record as counsel of record on behalf of Defendant DELL INCORPORATED:

> David B. Weaver (Texas Bar No.00798576)
> VINSON & ELKINS, L.L.P.
> 2801 Via Fortuna, Suite 100
> Austin, Texas 78746
> Tel: (512) 542-8651
> Fax: (512) 236-3476

Dated: May 27, 2004

Respectfully submitted,

*/s/ David B. Weaver*
David B. Weaver
Texas Bar No. 00798576
VINSON & ELKINS, L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: 512-542-8651
Fax: 512-236-3476

ATTORNEYS FOR DELL INCORPORATED

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been forwarded to the following parties on the 27th day of May, 2004.

Stephen G. Rudisill                                            *Via Facsimile*
JENKENS & GILCHRIST
225 West Washington St., Suite 2600
Chicago, IL 60606
Facsimile: 312-425-3909

*/s/ Annie Mason*

448834_1.DOC