IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 MAY 28 PM 2:16
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| Compression Labs, Incorporated, § <br> § <br> *Plaintiff,* § <br> v. § <br> § <br> 1. Dell Incorporated, § <br> 2. International Business Machines § <br> Corporation, § <br> 3. Toshiba America, Incorporated, § <br> § <br> *Defendants.* § | C.A. NO. 2-04CV-159 <br> JURY |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following individual hereby enters his appearance of record as counsel of record on behalf of Defendant DELL INCORPORATED and is designated as attorney in charge:

>Willem G. Schuurman (Texas Bar No. 17855200)
>VINSON & ELKINS, L.L.P.
>2801 Via Fortuna, Suite 100
>Austin, Texas 78746
>Tel: (512) 542-8663
>Fax: (512) 236-3422

Dated: May 27, 2004

Respectfully submitted,

/s/ Willem G. Schuurman

Willem G. Schuurman
Texas Bar No. 17855200
VINSON & ELKINS, L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: 512-542-8663
Fax: 512-236-3422

ATTORNEYS FOR DELL INCORPORATED

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been forwarded to the following parties on the 27th day of May, 2004.

Stephen G. Rudisill
JENKENS & GILCHRIST                                  *Via Facsimile*
225 West Washington St., Suite 2600
Chicago, IL 60606
Facsimile: 312-425-3909

Jo Anne Mason