FILED-CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

04 JUL 14  PM 3: 08

TX EASTERN-MARSHALL

BY_____

COMPRESSION LABS, INC.,

                                        Plaintiff,

-against-

1. DELL INC.,
2. INTERNATIONAL BUSINESS
   MACHINES CORPORATION,
3. TOSHIBA AMERICA, INC.,

                                        Defendants.

Civil Action
No. 2:04-CV-159-TJW
(Judge Ward)

**DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant International

Business Machines Corporation discloses that it has no parent corporation and that no publicly

held corporation owns 10% or more of its stock.

Dated:  July 14, 2004

Eric M. Albritton  *by permission ADC*
Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

*Attorney for Defendant International Business*
*Machines Corporation*

Of Counsel:

Cravath, Swaine & Moore LLP
Keith R. Hummel
Amy H. Candido
825 Eighth Avenue
New York, NY 10019
(212) 474-1772 (phone)
(212) 474-3700 (fax)
khummel@cravath.com
acandido@cravath.com

*Attorneys for Defendant International Business Machines Corporation*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was sent, via certified mail, return receipt requested, to all counsel of record on this the 14th day of July, 2004.

Eric M. Albritton