IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON.COM, INC., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 2-02-CV-186-TJW |

### DEFENDANT IBM'S RESPONSE TO
### CARL ROTH'S MOTION TO WITHDRAW

IBM does not oppose Carl Roth's motion to withdraw as counsel for IBM in this action, but IBM does not agree that Mr. Roth may represent other clients in other litigation adverse to IBM because of his withdrawal as counsel for IBM in this action. For example, the conflicts posed by Mr. Roth's acceptance of the concurrent representation of Compression Labs, Inc. ("CLI") in *Compression Labs, Inc. v. Adobe Systems, Inc. et al.* (Civil Action No. 2:04-CV-158), while he represented IBM in this action are not necessarily cured by Mr. Roth's withdrawal from representation of IBM in this action. Accordingly, IBM reserves its rights to seek to disqualify Mr. Roth from representation of parties that are adverse to IBM, including without limitation representation of CLI in *Compression Labs, Inc. v. Adobe Systems, Inc. et al.* (Civil Action No. 2:04-CV-158) and *Compression Labs, Inc. v. Dell, Inc., IBM Corporation and Toshiba America, Inc.* (Civil Action No. 2:04-CV-159-TJW),[1] if it is deemed appropriate upon further consideration.

Further, Mr. Roth's motion to withdraw improperly attaches two confidential communications between Mr. Roth and his co-counsel representing IBM. Accordingly, IBM

respectfully requests that all copies of these communications be returned to IBM or, at the very least, filed under seal and removed from the publicly accessible PACER system.

/s/ Mark N. Reiter
Mark N. Reiter
Texas State Bar No. 16759900
mnreiter@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: 214-220-3939
Facsimile: 214-969-5100

David L. Witcoff
Illinois State Bar No. 6183629
dlwitcoff@jonesday.com
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692
Telephone: 312-782-3939
Facsimile: 312-782-8585

ATTORNEYS FOR INTERNATIONAL
BUSINESS MACHINES CORP.

---

[1] These two actions are substantively identical, involving the same patent and the same accused JPEG standard.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 9th day of July, 2004. Additionally, all counsel of record will be served by first-class United States mail, postage prepaid.

**Amazon.com**
Carl R. Roth
Michael C. Smith
Law Office of Carl R Roth
115 North Wellington
Suite 200
Marshall, Texas 75670

**America Online, Inc.**
Thomas E. O'Connor, Jr.
Mark A. Losey
CALFE HALTER & GRISWOLD L.L.P.
1650 Fifth Third Center
21 East State Street
Columbus, Ohio 43215-4243

Ruffin B. Cordell
Michael J. McKeon
Brian T. Racilla
FISH & RICHARDSON P.C.
1425 K Street, NW
Washington, DC 20025

Otis W. Carroll, Jr.
Jack Wesley Hill
IRELAND CARROLL & KELLEY, P.C.
6101 South Broadway
Suite 500
Tyler, Texas 75703

**J. Crew Group, Inc.**
Arlene Hong
J. CREW GROUP, INC.
770 Broadway
New York, New York 10003

**Land's End, Inc.**
Erik J. Phelps
Associate General Counsel
LANDS' END, INC.
5 Lands' End Lane
Dodgeville, Wisconsin 53595

**Limited Brands, Inc.**
Angelo Notaro
NOTARO & MICHALOS, P.C.
100 Dutch Hill Road
Suite 110
Orangeburg, New York 10962

**Quixter, Inc.**
Laura Beth Miller
James R. Sobieraj
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza
Chicago, Illinois 60611-5599

DLI-5856658v1

**eBay, Inc.**
Chris R. Ottenweller
ORRICK HERRINGTON & SUTCLIFFE, L.L.P.
1000 Marsh Road
Menlo Park, California 94025

**The Gap, Inc.**
David A. Nelson
LATHAM & WATKINS
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606

**Spiegel, Inc. and EddieBauer, Inc.**
Angelo Bufalino
VEDDER PRICE KAUFMAN & KAMMHOLZ
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601

**Williams-Sonoma, Inc.**
Claude M. Stern
J. David Hadden
FENWICK & WEST, L.L.P.
Two Palo Alto Square
Palo Alto, California 94306

**Charles E. Hill & Associates, Inc.**
George E. Purdy
R. Trevor Carter
S. Andrew Burns
Bose McKinney & Evans LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, Indiana 46204

**Recreation Equipment, Inc.**
Pamela Rossano Myers
V.P., General Counsel, and Secretary
RECREATION EQUIPMENT, INC.
6750 South 228th Street
Kent, Washington 98023

**Sears, Roebuck and Co.**
Frank Calabrese, Senior Counsel
SEARS, ROEBUCK AND CO.
3333 Beverly Road
B6-379A
Hoffman Estates, Illinois 60179

**Local counsel for Amazon.com, Buy.com, Inc., eBay, Inc., Eddie Bauer, Inc., J. Crew Group, Inc., L.L. Bean, Inc., Lands' End, Ind., Limited Brands, Inc., Sears, Roebuck and Co., and Recreational Equipment, Inc.**
Charles H. Clark
Charles Ainsworth
CLARK, LEA & AINSWORTH
604 West Woldert
Tyler, Texas 75702

John Allcock
Edward H. Sikorski
Kathryn B. Riley
GRAY CARY WARE & FRIEDENRICH L.L.P.
401 B Street
Suite 2000
San Diego, California 92101-4240

Peter J. Brann
BRANN & ISAACSON
184 Main Street
Lewiston, Maine 04243

/s/ Mark N. Reiter

DLI-5856658v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| East Texas Technology Partners, L.P., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2-03CV-465-TJW |
| Toshiba America, Inc., Compaq Computer Corp., Dell Computer Corp., Gateway, Inc., Hewlett Packard Co., International Business Machines, Corp., Acer America Corp., Emachines, Inc., | § § § § § § | Hon. T. John Ward |
| Defendants. | § § § § | |

### DEFENDANT DELL INC.'S RESPONSE TO CARL ROTH'S MOTION TO WITHDRAW

Dell Inc. ("Dell") does not oppose Carl Roth's motion to withdraw. Dell's non-opposition, however, is without prejudice to its right to seek disqualification of Mr. Roth in matters that are adverse to Dell, including, but not limited to, Mr. Roth's representation of Compression Labs Inc., *e.g, Compression Labs, Inc. v. Dell Inc., et al.,* Civil Action No. 2:04-CV-159-TJW, and *Compression Labs, Inc. v. Adobe Corporation, et al.,* Civil Action No. 2:04-CV-158-DF.[1]

Further, Mr. Roth's motion to withdraw improperly attaches a confidential, privileged communication between Mr. Roth and his co-counsel representing Dell. Accordingly, Dell respectfully requests that all copies of this communication be returned to Dell or, at the very least, filed under seal and removed from the publicly accessible PACER system.

Respectfully submitted,


/s/ Mark N. Reiter
Thomas R. Jackson, Esq.
Attorney-in-Charge
State Bar No. 10496700
trjackson@jonesday.com
Mark N. Reiter, Esq.
State Bar No. 16759900
mnreiter@jonesday.com
Daniel T. Conrad, Esq.
State Bar No. 24026608
dtconrad@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

ATTORNEYS FOR DEFENDANT
DELL INC.

---

(continued...)

[1] These two actions are substantively identical, involving the same patent, the same accused JPEG standard and accused products.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 9th day of July, 2004. Additionally, all counsel of record will be served pursuant to the Federal Rules of Civil Procedure in the manner set forth below:

Douglas A. Cawley **VIA FEDERAL EXPRESS**
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
**Attorneys for East Texas Technology Partners, L.P.**

Robert M. Chiaviello, Jr. **VIA FEDERAL EXPRESS**
Fulbright & Jawroski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
**Attorneys for Hewlett Packard and Compaq**

Arthur I. Neustadt **VIA FEDERAL EXPRESS**
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
**Attorneys for Toshiba America, Inc.
   and Toshiba America Information Systems, Inc.**

Kai Tseng **VIA FEDERAL EXPRESS**
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
**Attorneys for ACER America**

Bryan Farney **VIA FEDERAL EXPRESS**
Dewey Ballantine LLP
816 Congress Avenue
Suite 1900
Austin, TX 78701-2478
**Attorneys for Gateway**

- 2 -

John J. Feldhaus  
Foley & Lardner  
3000 K Street, N.W.  
Washington, DC  20007-5109  
**Attorneys for Agere Systems**

**VIA FEDERAL EXPRESS**

Steven D. Atlee  
Latham & Watkins, LLP  
633 West Fifth Street, Suite 4000  
Los Angeles, CA  90071-2007  
**Attorneys for Conexant Systems**

**VIA FEDERAL EXPRESS**

/s/ Mark N. Reiter

DLI-5856228v2