IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION



| | | |
|---|---|---|
| COMPRESSION LABS, INCORPORATED | § | |
| Vs. | § | CIVIL ACTION NO. 2:04-CV-159 |
| DELL INC., ET AL. | § | |

### ORDER

The defendants' joint motion to transfer to Judge Folsom (#18) is granted. This case is re-assigned to the docket of the Hon. David Folsom. All pending motions are deferred to Judge Folsom for decision.

So **ORDERED** and **SIGNED** this 26th day of July, 2004.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE