**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**MARSHALL DIVISION**

| | | |
|---|---|---|
| **COMPRESSION LABS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:04-CV-159-TJW** |
| | § | |
| **DELL INC.,** *et al.* | § | **(JUDGE WARD)** |
| | § | |
| **Defendants.** | § | |

**NOTICE OF APPEARANCE**

International Business Machines Corporation, defendant in the above-entitled and numbered civil action, hereby notifies the court and all parties that the following persons are appearing as counsel of record and the "attorney-in-charge." It is requested that each of the following receive electronic notices from the Court.

    Eric M. Albritton
    Attorney-in-Charge
    Texas State Bar No. 00790215
    P.O. Box 2649
    Longview, Texas 75606
    (903) 757-8449 (phone)
    (903) 758-7397 (fax)
    eric@albrittonlawfirm.com

    Keith R. Hummel
    New York Registration No. 2430668
    Cravath, Swaine & Moore LLP
    825 Eighth Avenue
    New York, NY 10019
    (212) 474-1772 (phone)
    (212) 474-3700 (fax)
    khummel@cravah.com

    Amy H. Candido
New York Registration No. 2867745
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1772 (phone)
(212) 474-3700 (fax)
acandido@cravath.com

    Mark Nolan Reiter and Daniel T. Conrad should be terminated from the docket as neither currently represents International Business Machines Corporation in this civil action.

    Respectfully submitted,

_____
Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

Of Counsel

Keith R. Hummel
New York Registration No. 2430668
khummel@cravath.com
Amy H. Candido
New York Registration No. 2867745
acandido@cravath.com
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1772 (phone)
(212) 474-3700 (fax)

*Attorneys for Defendant International Business Machines Corporation*

2

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 26th day of July, 2004.

_____
Eric M. Albritton