UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # <u>2:04-CV-159-TJW</u>
Style: <u>Compression Labs, Inc. v. Dell, Inc. et al.</u>

2. Applicant is representing the following party: <u>International Business Machines Corporation.</u>

3. Applicant was admitted to practice in <u>New York</u> on <u>1/12/98</u>.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied. If so, give complete information on a separate page.

7. Applicant has not ever had the privilege to practice before another court suspended. If so, give complete information on a separate page.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar. If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: <u>the United States District Court for the Southern District of New York; and the United States District Court for the Eastern District of New York.</u>

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>Amy H. Candido</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  7/21/04                Signature  *Amy H. Candido*

Name (please print) Amy H. Candido
State Bar Number 2867745
Firm Name: Cravath, Swaine & Moore LLP
Address/P.O. Box: 825 Eighth Avenue
City/State/Zip: New York, NY 10019
Telephone #: (212) 474-1144
Fax #: (212) 474-3700
E-mail Address: acandido@cravath.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 26 day of July, 2004.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _C. Hinton_
Deputy Clerk

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT

04 JUL 26 PM 3:38

TX EASTERN-MARSHALL

BY_____

1. This application is being made for the following: Case # 2:04-CV-159-TJW
Style: Compression Labs, Inc. v. Dell, Inc. et al.

2. Applicant is representing the following party: International Business Machines Corporation.

3. Applicant was admitted to practice in New York on 11/13/91.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied. If so, give complete information on a separate page.

7. Applicant has not ever had the privilege to practice before another court suspended. If so, give complete information on a separate page.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar. If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>Keith R. Hummel</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __7/21/04__        Signature _____

        Name (please print)  Keith R. Hummel
        State Bar Number  2430668
        Firm Name:  Cravath, Swaine & Moore LLP
        Address/P.O. Box:  825 Eighth Avenue
        City/State/Zip: New York, NY 10019
        Telephone #:  (212) 474-1772
        Fax #:  (212) 474-3700
        E-mail Address:  khummel@cravath.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this _____ day of ____July____, 20_04_.

        David J. Maland, Clerk
        U.S. District Court, Eastern District of Texas

By _____
        Deputy Clerk

3