# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>1.  DELL INC.,<br>2.  INTERNATIONAL BUSINESS<br>     MACHINES CORPORATION,<br>3.  TOSHIBA AMERICA, INC.,<br><br>                Defendants. | Civil Action<br>No. 2:04-CV-159-DF<br>(Judge Folsom) |

## **AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendants in the above-entitled and numbered civil action request an extension of time to file a Reply to the plaintiff's Response to the Joint Motion to Dismiss. In support, the defendants will show the following.

On July 6, 2004, the defendants filed a Joint Motion to Dismiss. On July 26, 2004, the plaintiff filed its Response. The defendants' Reply is presently due on August 6, 2004.

The defendants need a one-week extension because they just recently received an unredacted copy of one of the exhibits to the Response.

This motion is not made solely for delay, but rather so that justice can be done.

1

Respectfully submitted,

*[signature: Eric M. Albritton]*

_____
Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

*Attorney for Defendant International Business Machines Corporation*

Willem G. Schuurman
Attorney-in-Charge
Texas State Bar No. 17855200
David B. Weaver
Texas State Bar No. 00798576
Vinson & Elkins
The Terrace 7
2801 Via Fortuna
Suite 100
Austin, Texas 78746
(512) 542-8651 (phone)
(512) 236-3476 (fax)
bschuurman@velaw.com
dweaver@velaw.com

Deron Dacus
Texas State Bar No. 00790553
Ramey & Flock
100 East Ferguson, Suite 500
Tyler, Texas 75702
(903) 597-3301 (phone)
(903) 597-2413 (fax)
ddacus@rameyflock.com

*Attorneys for Defendant Dell Inc.*

2

                                              Harry L. "Gil" Gillam, Jr.
Attorney-in-Charge
Texas State Bar No. 07921800
Gillam & Smith L.L.P.
110 South Bolivar, Suite 204
Marshall, Texas 75670
(903) 934-8450 (phone)
(903) 934-9257 (fax)
gil@gillamsmithlaw.com

*Attorney for Defendant Toshiba America, Inc.*

Of Counsel:

Cravath, Swaine & Moore LLP
Keith R. Hummel
Amy H. Candido
825 Eighth Avenue
New York, NY 10019
(212) 474-1772 (phone)
(212) 474-3700 (fax)
khummel@cravath.com
acandido@cravath.com

*Attorney for Defendant International Business Machines Corporation*


Howrey Simon Arnold & White, LLP
Henry C. Bunsow
Denise De Mory
525 Market Street
Suite 3600
San Francisco, CA 94105
(415) 848-4946 (phone)
(415) 848-4999 (fax)
bunsowh@howrey.com
demoryd@howrey.com

*Attorneys for Defendant Toshiba America, Inc.*

CERTIFICATE OF CONFERENCE

The undersigned discussed this motion with Mr. Otis Carroll, counsel for the plaintiff, who agrees to it.

_____
Eric M. Albritton

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 6th day of August, 2004.

_____
Eric M. Albritton