# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC., <br><br>                 Plaintiff, <br><br> v. <br><br> 1. DELL INC., <br> 2. INTERNATIONAL BUSINESS MACHINES CORPORATION, <br> 3. TOSHIBA AMERICA, INC., <br><br>                 Defendants. | Civil Action <br> No. 2:04-CV-159-DF <br> (Judge Folsom) |

## **ORDER**

The defendants' Agreed Motion for Extension of Time to File Reply shall be, and is hereby, GRANTED.

SIGNED the _____ day of _____, 2004.

                                                                           _____
                                                                           HONORABLE DAVID FOLSOM
                                                                           UNITED STATES DISTRICT JUDGE