**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

04 AUG 13  PM 2: 49

TX EASTERN-MARSHALL

BY

---

COMPRESSION LABS, INC.,

                                        Plaintiff,

            -against-

1. DELL INC.,
2. INTERNATIONAL BUSINESS
   MACHINES CORPORATION,
3. TOSHIBA AMERICA, INC.,

                                        Defendants.

Civil Action
No. 2:04-CV-159
(Judge Folsom)

---

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE
PAGE LIMITATIONS ESTABLISHED BY LOCAL COURT RULE CV-7(a)(1)**

Defendants Dell, IBM, and Toshiba (collectively "Defendants") respectfully submit this unopposed motion for leave to exceed the page limitations set forth in Local Court Rule CV-7(a)(1) with respect to Defendants' Joint Reply in Support of Their Motion to Dismiss for Failure to Join All Co-Owners of the Patent-In-Suit and for Failure to Join an Indispensable Party Pursuant to Fed. R. Civ. P. 12(b)(7) ("Defendants' Joint Reply").

The attachments to Defendants' Joint Reply, which increase its overall length to more than ten pages, are necessary for the resolution of the pending motion to dismiss.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this motion be granted.

Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

*Attorney for Defendant International Business Machines Corporation*

Willem G. Schuurman
Attorney-in-Charge
Texas State Bar No. 17855200
David B. Weaver
Texas State Bar No. 00798576
Vinson & Elkins
The Terrace 7
2801 Via Fortuna
Suite 100
Austin, Texas 78746
(512) 542-8651 (phone)
(512) 236-3476 (fax)
dweaver@velaw.com

Deron Dacus
Texas State Bar No. 00790553
Ramey & Flock
100 East Ferguson, Suite 500
Tyler, Texas 75702
(903) 597-3301 (phone)
(903) 597-2413 (fax)
ddacus@rameyflock.com

*Attorneys for Defendant Dell Inc.*

2

Harry L. "Gil" Gillman, Jr.
Attorney-in-Charge
Texas State Bar No. 07921800
Baldwin & Baldwin, L.L.P.
400 West Houston
P.O. Drawer 1349
Marshall, Texas 75670

*Attorney for Defendant Toshiba America, Inc.*

Of Counsel:

Cravath, Swaine & Moore LLP
Keith R. Hummel
Amy H. Candido
825 Eighth Avenue
New York, NY 10019
(212) 474-1000 (phone)
(212) 474-3700 (fax)
khummel@cravath.com
acandido@cravath.com

*Attorneys for Defendant International Business Machines Corporation*

## CERTIFICATE OF SERVICE

True and correct copies of the foregoing were sent, via electronic and U.S. mail,

to all counsel of record on this the 13th day of August, 2004.

Eric M. Albritton

## CERTIFICATE OF CONFERENCE

The undersigned conferred with Wesley Hill, counsel for the plaintiff, who

advised that the plaintiff does not oppose this motion.

Eric M. Albritton

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COMPRESSION LABS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> 1. DELL INC., <br> 2. INTERNATIONAL BUSINESS <br>    MACHINES CORPORATION, <br> 3. TOSHIBA AMERICA, INC., <br><br> Defendants. | Civil Action <br> No. 2:04-CV-159 <br> (Judge Folsom) |

## ORDER

Defendants Dell Inc., International Business Machines Corporation, and Toshiba America, Inc.'s Joint Unopposed Motion for Leave to Exceed the Page Limitations Established by Local Court Rule CV-7(a)(1), with respect to Defendants' Joint Reply in Support of Their Motion to Dismiss for Failure to Join All Co-Owners of the Patent-In-Suit and for Failure to Join an Indispensable Party Pursuant to Fed. R. Civ. P. 12(b)(7), shall be, and is hereby, GRANTED.

SIGNED the _____ day of _____, 2004.


_____
HONORABLE DAVID FOLSOM