IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 AUG 16 AM 11:53

TEXAS-EASTERN

BY M Velvin

COMPRESSION LABS, INC.,

                  Plaintiff,

-against-

1. DELL INC.,
2. INTERNATIONAL BUSINESS MACHINES CORPORATION,
3. TOSHIBA AMERICA, INC.,

                  Defendants.

Civil Action
No. 2:04-CV-159
(Judge Folsom)

## ORDER

Defendants Dell Inc., International Business Machines Corporation, and Toshiba America, Inc.'s Joint Unopposed Motion for Leave to Exceed the Page Limitations Established by Local Court Rule CV-7(a)(1), with respect to Defendants' Joint Reply in Support of Their Motion to Dismiss for Failure to Join All Co-Owners of the Patent-In-Suit and for Failure to Join an Indispensable Party Pursuant to Fed. R. Civ. P. 12(b)(7), shall be, and is hereby, GRANTED.

SIGNED the 16th day of Aug., 2004.

HONORABLE DAVID FOLSOM