IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 AUG 16 AM 11:52

TEXAS-EASTERN

BY_____M Velvin_____

COMPRESSION LABS, INC.,

                Plaintiff,

-against-

1. DELL INC.,
2. INTERNATIONAL BUSINESS MACHINES CORPORATION,
3. TOSHIBA AMERICA, INC.,

                Defendants.

Civil Action
No. 2:04-CV-159
(Judge Folsom)

## ORDER

Defendants Dell Inc., International Business Machines Corporation, and Toshiba America, Inc. have moved for leave to file under seal Defendants' Joint Reply in Support of Their Joint Motion to Dismiss for Failure to Join All Co-Owners of the Patent-In-Suit and for Failure to Join an Indispensable Party Pursuant to Fed. R. Civ. P. 12(b)(7) and attachments thereto. The motion shall be, and is hereby, GRANTED.

SIGNED the 16th day of Aug., 2004.

_____
HONORABLE DAVID FOLSOM

[[NYLIT:2283026v2:4158W:08/13/04--11:22 a]]