IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

COMPRESSION LABS, INC.,

    Plaintiff,

-against-

1. DELL INC.,
2. INTERNATIONAL BUSINESS MACHINES CORPORATION,
3. TOSHIBA AMERICA, INC.,

    Defendants.

Civil Action
No. 2:04-CV-159
(Judge Folsom)

**FILED UNDER SEAL**

**DEFENDANTS' JOINT REPLY IN SUPPORT OF THEIR
MOTION TO DISMISS FOR FAILURE TO JOIN ALL CO-OWNERS OF THE
PATENT-IN-SUIT AND FOR FAILURE TO JOIN AN INDISPENSABLE PARTY
PURSUANT TO FED. R. CIV. P. 12(b)(7)**