## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:04CV-159 (TJW) |
| 1. Dell Incorporated, | § | |
| 2. International Business Machines | § | |
|    Corporation, | § | |
| 3. Toshiba America, Incorporated, | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO WITHDRAW

Mark N. Reiter and Daniel T. Conrad of Jones day respectfully move to withdraw as

counsel for Defendants International Business Machines and Dell Inc. (f/k/a Dell

Computer Corp.) in the above-entitled cause.  Both IBM and Dell are currently represented

by other counsel in this action, and thus movants' withdrawal will work no prejudice to IBM

or Dell or delay development of the case.  Furthermore, both IBM and Dell consent to this

withdrawal.  Accordingly, Mr. Reiter and Mr. Conrad requests that the Court permit their

withdrawal as counsel for IBM and Dell.

An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,


/s/ Daniel T. Conrad
Mark N. Reiter, Esq.
State Bar No. 16759900
mreiter@jonesday.com
Daniel T. Conrad, Esq.
State Bar No. 24026608
dtconrad@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

COUNSEL FOR DEFENDANT
INTERNATIONAL BUSINESS
MACHINES CORPORATION
Counsel is authorized to signed on behalf of
Defendant Dell Inc. as well.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), movant has contacted opposing counsel and was informed that opposing counsel agrees to the relief requested herein.

/s/ Daniel T. Conrad

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 17th day of September, 2004.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

Stephen G. Rudisill
John C. Gatz
Russell J. Genet
Justin D. Swindells
JENKENS & GILCHRIST
225 West Washington Street
Suite 2600
Chicago, Illinois  60606

Calvin Capshaw
BROWN MCCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas  75601-5157

Toshiba America, Incorporated
1251 Avenue of the Americas
41st Floor
New York, New York  10020

/s/ Daniel T. Conrad