# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | CIVIL ACTION NO. 2:04CV-159 (TJW) |
| 1. Dell Incorporated, § | |
| 2. International Business Machines § | |
| Corporation, § | |
| 3. Toshiba America, Incorporated, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

On this day came for consideration an Unopposed Motion to Withdraw Mark N. Reiter and Daniel T. Conrad as counsel for Defendants International Business Machines and Dell Inc. (f/k/a Dell Computer Corp.) in the above-entitled cause. Good cause appearing therefore, it is hereby ORDERED that the Motion is GRANTED. Mark N. Reiter and Daniel T. Conrad are permitted to withdraw as counsel for Defendants IBM and Dell.

IT IS SO ORDERED.

Signed this ____ day of September, 2004.

_____
T. John Ward
United States District Court Judge

DLI-5872097v1