# United States District Court
# Eastern District of Texas

| | |
|---|---|
| **COMPRESSION LABS, INC.** | **NOTICE** |
| V. | |
| **DELL INC.** | **CASE NUMBER: 2:04-CV-159** |

TYPE OF CASE:  **X** ___ CIVIL  ___ CRIMINAL

**_X___** TAKE NOTICE that a proceeding in this case has been set for the place, date, & time set forth below:

| PLACE | DATE & TIME |
|---|---|
| United States Courthouse<br>100 E. Houston ST.<br>Marshall, Texas 75670 | Monday, October 4, 2004, at 11:15 am |

TYPE OF PROCEEDING:

## MANAGEMENT CONFERENCE

____TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE & TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE & TIME |
|---|---|---|
| | | |

                                                  Honorable David Folsom
                                                  U.S. DISTRICT JUDGE

September 22, 2004                                     (by) Mel Martin, Courtoom Deputy
DATE

To:    PTY ATTYS OF RECORD
        COURT REPORTER
        COURT COORDINATOR
        CSO