## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| COMPRESSION LABS, INC.,<br><br>                              Plaintiff,<br><br>        -against-<br><br>1.  DELL INC.,<br>2.  INTERNATIONAL BUSINESS<br>    MACHINES CORPORATION,<br>3.  TOSHIBA AMERICA, INC.,<br><br>                              Defendants. | C. A. No. 2:04-CV-159-DF |

## ORDER

The Defendants' Joint Motion for a Protective Order Staying Discovery Pending

Resolution of Defendants' Joint Motion to Dismiss shall be, and is hereby, GRANTED.

SIGNED the _____ day of _____, 2004.


                                        _____
                                        HONORABLE DAVID J. FOLSOM
                                        UNITED STATES DISTRICT JUDGE

Dockets.Justia.com