# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> 1. DELL INC., <br> 2. INTERNATIONAL BUSINESS MACHINES CORPORATION, <br> 3. TOSHIBA AMERICA, INC., <br><br> Defendants. | C. A. No. 2:04-CV-159-DF |

## NOTICE OF COMPLIANCE WITH RULE 26(a)(1) OF
## THE FEDERAL RULES OF CIVIL PROCEDURE

International Business Machines Corporation ("IBM"), defendant in the above-entitled and numbered civil action, certifies that on September 29, 2004, it complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

1

Of Counsel:

Cravath, Swaine & Moore LLP
Keith R. Hummel
Amy H. Candido
825 Eighth Avenue
New York, NY 10019
(212) 474-1000 (phone)
(212) 474-3700 (fax)
khummel@cravath.com
acandido@cravath.com

*Counsel for International
Business Machines Corporation*

### CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 29th day of September, 2004.

_____
Eric M. Albritton

2