# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC.,<br><br>                               Plaintiff,<br>v.<br><br>1. DELL INC.,<br>2. INTERNATIONAL BUSINESS<br>   MACHINES CORPORATION, and<br>3. TOSHIBA AMERICA, INC.<br><br>                              Defendants. | C. A. No. 2:04-CV-159-DF |

## NOTICE OF COMPLIANCE WITH RULE 26(a)(1) OF
## THE FEDERAL RULES OF CIVIL PROCEDURE

Dell, Inc., defendant in the above-entitled and numbered civil action, certifies that on September 29, 2004, it complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

                              Respectfully submitted,

                              /s/ David B. Weaver
                              Willem G. Schuurman
                              Attorney-in-Charge
                              Texas State Bar No. 17855200
                              David B. Weaver
                              Texas State Bar No. 00798576
                              VINSON & ELKINS, L.L.P.
                              The Terrace 7
                              2801 Via Fortuna, Suite 100
                              Austin, Texas 78746
                              (512) 542-8651 (phone)
                              (512) 236-3476 (fax)
                              dweaver@velaw.com

                              Attorneys for Dell, Inc.

-2-

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by fax on this the 29th day of September, 2004.

                              /s/ Dawn Crider

474267_1.DOC