**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

1.95 0  DM TfTj26˜  34.§f 0 3292692˜  284 622! ( Êø.26 0562D / Tj Twƒ(

        Respectfully submitted,

        **Howrey Simon Arnold & White, LLP**

By:  /s/ Ethan Andelman
     Ethan Andelman
     Denise M. De Mory
     525 Market Street, Suite 3600
     San Francisco CA 94105
     Telephone: (415) 848-4900
     Facsimile:  (415) 848-4999

     Harry L. Gilliam, Jr.
     Gilliam & Smith, L.L.P.
     110 South Bolivar, Suite 204
     Marshall, Texas 75670
     Telephone:  (903) 934-8450
     Facsimile:   (903) 934-9257

     ATTORNEYS FOR DEFENDANT
     TOSHIBA AMERICA INCORPORATED