IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INCORPORATED | § § § | |
| VS. | § § | Civil Case No. 2:04-CV-159 |
| | | Folsom |
| 1. DELL INCORPORATED | § | |
| 2. INTERNATIONAL BUSINESS MACHINES CORPORATION | § § | |
| 3. TOSHIBA AMERICA, INCORPORATED | § § | |

<u>NOTICE OF INITIAL DISCLOSURES</u>

Compression Labs, Incorporated ("CLI"), plaintiff in the above-entitled and numbered civil action, certifies that on September 29, 2004, it complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

<u>/s/ Stephen G. Rudisill (by permission Wesley Hill)</u>
Stephen G. Rudisill (Attorney-in-charge)
Tex. Bar. No. 17376050
John C. Gatz
Ill. Bar No. 6237140
Russell J. Genet
Ill. Bar No. 6255982
Justin D. Swindells
Ill. Bar No. 6257291
JENKENS & GILCHRIST
225 West Washington St., Ste. 2600
Chicago, IL 60606
Tel: (312) 425-3900
Fax: (312) 425-3909

Email: srudisill@jenkens.com

OF COUNSEL:

Otis W. Carroll
Tex. Bar No. 03895700
Wesley Hill
Tex. Bar No. 24032294
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: fedserv@icklaw.com

Franklin Jones, Jr.
Tex. Bar No. 00000055
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
E-mail: maizieh@millerfirm.com

S. Calvin Capshaw
Tex. Bar No. 03783900
Elizabeth L. DeRieux
Tex. Bar. No. 05770585
BROWN McCARROLL, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-Mail: ccapshaw@mailbmc.com

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties via electronic delivery or United States mail this 30th day of September, 2004.

/s/ Wesley Hill
Wesley Hill