# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC. § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION NO. 2-04-CV-159 |
| v. § | |
| § | |
| (1) DELL INCORPORATED § | |
| (2) INTERNATIONAL BUSINESS § | |
| MACHINES CORPORATION § | |
| (3) TOSHIBA AMERICA, § | |
| INCORPORATED § | |
| *Defendants*. § | |
| § | |

## DEFENDANT DELL, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Dell, Inc. hereby discloses that it has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Date: September 30, 2004

-2-

Respectfully submitted,

VINSON & ELKINS L.L.P.

/s/ Brian K. Buss
_____

Willem G. Schuurman
Attorney-in-Charge
Texas State Bar No. 17855200
David B. Weaver
Texas State Bar No. 00798576
Brian K. Buss
Texas State Bar No. 00798089
Vinson & Elkins
The Terrace 7
2801 Via Fortuna
Suite 100
Austin, Texas 78746
(512) 542-8651 (phone)
(512) 236-3476 (fax)
dweaver@velaw.com

Deron Dacus
Texas State Bar No. 00790553
Ramey & Flock
100 East Ferguson, Suite 500
Tyler, Texas 75702
(903) 597-3301 (phone)
(903) 597-2413 (fax)
ddacus@rameyflock.com

*Attorneys for Defendant Dell Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by fax on this the 30th day of September, 2004.

          /s/ Dawn Crider

474380_1.DOC