## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC., <br><br>                                   Plaintiff, <br><br>       -against- <br><br> 1.   DELL INC., <br> 2.   INTERNATIONAL BUSINESS <br>       MACHINES <br>       CORPORATION, <br> 3.   TOSHIBA AMERICA, INC., <br><br>                            Defendants. | C.A. No. 2-04-CV-159 (DF) |

### [Proposed] SCHEDULING ORDER

In accordance with the case scheduling conference held in this action on the __ day of

_____, 200__, the Court finds that the following scheduling order should issue.  It is,

therefore, ORDERED that the following schedule of deadlines are in effect until further order of

this Court:

### Schedule

| Date | Event |
|---|---|
| December 6, 2004 | Exchange of Proposed Terms and Elements for Construction |
| January 17, 2005 | Exchange of Preliminary Constructions and Extrinsic Evidence |
| February 14, 2005 | Exchange Expert Reports on Claim Construction Issues |
| March 7, 2005 | Exchange Rebuttal Expert Reports on Claim Construction Issues |
| March 21, 2005 | Deadline to Meet and Confer re: Claim Construction Issues |
| April 4, 2005 | Deadline to File Joint Claim Construction Statement |

| **Date** | **Event** |
|---|---|
| April 25, 2005 | Deadline for Plaintiffs' Opening Markman Brief(s) |
| May 23, 2005 | Deadline for Defendants' Opening Markman Brief(s) and Response(s) in Opposition to Plaintiffs' Markman Brief(s) |
| June 13, 2005 | Deadline for Plaintiffs' Reply(ies) In Support of their Markman Brief(s) and in Opposition to Defendants' Markman Brief(s) |
| June 30, 2005 | Deadline for Defendants' Reply(ies) In Support of their Markman Brief(s) |
| July 18, 2005 | Markman Hearing |
| January 6, 2006 (45 days before fact discovery closes) | Deadline for Service of Expert Reports by the Party with the Burden of Proof on the Claim or Defense at Issue |
| February 20, 2006 | Close of Fact Discovery |
| March 6, 2006 (2 weeks after fact discovery closes) | Deadline for Service of Rebuttal Expert Reports |
| April 17, 2006 (6 weeks after exchange of responsive reports) | Close of Expert Discovery |
| May 22, 2006 (5 weeks after close of expert discovery) | Deadline for any Dispositive Motions or Daubert Motions |
| June 19, 2006 (4 weeks after dispositive motions) | Deadline for Responses in Opposition to any Dispositive Motions or Daubert Motions filed on May 22, 2006 |
| July 10, 2006 (3 weeks after responses) | Deadline for Replies in Support of any Dispositive Motions or Daubert Motions filed on May 22, 2006 |
| July 31, 2006 (3 weeks after briefing completed) | Hearings on any Dispositive Motions or Daubert Motions filed on May 22, 2006 |
| August 7, 2006 (1 week after hearing) | Deadline for Plaintiffs to submit draft of Pretrial Order and Proposed Jury Instructions to Defendants |
| August 28, 2006 | Deadline for Defendants to submit revisions to draft Pretrial Order and Proposed Jury Instructions to Plaintiffs |
| September 1, 2006 | Deadline to Meet and Confer regarding Joint Pretrial Order and Proposed Jury Instructions |
| September 4, 2006 | Deadline for any Motions in Limine |

| Date | Event |
|---|---|
| September 15, 2006 (6½ weeks after hearing) | Deadline for Submission of Joint Pretrial Order, Proposed Jury Instructions and Responses in Opposition to Motions in Limine |
| September 25, 2006 (1½ weeks after submission of Joint Pretrial Order) | Final Pretrial Conference |
| October 2006 | Trial |

SIGNED this _____ day of _____, 200__.


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE