1              UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF TEXAS

3                   MARSHALL DIVISION

4   COMPRESSION LABS INCORPORATED  .  DOCKET NO. 2:04CV158

5   VS.                            .  MARSHALL, TEXAS

6   ADOBE SYSTEMS INCORPORATED,    .  OCTOBER 4, 2004

7   ET AL                          .  10:03 A.M.

8                        . . . . . . . . .

9   COMPRESSION LABS INCORPORATED  .

10  VS.                            .  DOCKET NO. 2:04CV159

11  DELL, INC., ET AL

12                       . . . . . . . . .

13  COMPRESSION LABS, INCORPORATED  .

14  VS.                            .  DOCKET NO. 2:04CV294

15  ACER AMERICA CORPORATION,

16  ET AL

17                 MANAGEMENT CONFERENCE

18            BEFORE THE HONORABLE DAVID FOLSOM,

19               UNITED STATES DISTRICT JUDGE.

20  APPEARANCES:

21  FOR PLAINTIFFS:              MR. STEPHEN G. RUDISILL

22                               JENKENS & GILCHRIST

23                               225 W. WASHINGTON ST.

24                               SUITE 2600

25                               CHICAGO, IL.  60606-3418