Appendix K                                                    Revised: 12/3/03

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT
04 OCT 29 PM 2:31
TX EASTERN-MARSHALL
BY_____

1. This application is being made for the following: Case #02-04-159
Style: <u>Compression Labs, Inc., v. Dell Inc., et al.</u>
2. Applicant is representing the following party/ies: <u>Compression Labs, Inc.</u>
3. Applicant was admitted to practice in <u>Illinois</u> (state) on November 1994.
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle)
   If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: Northern District of Illinois; Eastern District of Michigan.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Margo Wolf O'Donnell do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date October 25, 2004      Signature  _Margo W_____

CHICAGO 297378v1 22768-00143

Name (please print) __Margo Wolf O'Donnell__
State Bar Number 6225758
Firm Name:        Jenkens & Gilchrist, P.C.
Address/P.O. Box:  225 West Washington Street, Suite 2600
City/State/Zip:   Chicago, IL 60606
Telephone #:      312-425-3900
Fax #:            312-425-3909
E-mail Address:   modonnell@jenkens.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of __October__, 20__04__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By    _C. Hinton_
Deputy Clerk