# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | C.A. No. 2:04-CV-159-DF |
| ) | |
| Dell Inc., *et al.,* ) | |
| ) | |
| *Defendants*. ) | |

## [PROPOSED] ORDER

Upon Motion of Jenkens & Gilchrist, P.C. for Leave to Withdraw From Representation of Compression Labs, Inc., the Court, after considering the Motion and being fully advised of its premises, is of the opinion that the Motion should be granted. It is, therefore, ORDERED that the Motion of Jenkens & Gilchrist, P.C. for Leave to Withdraw From Representation of Compression Labs, Inc., is granted.

SO ORDERED.

SIGNED this _____ day of _____, 2004.