## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

COMPRESSION LABS, INC.,

                                        Plaintiff,

        -against-

1. DELL INC.,
2. INTERNATIONAL BUSINESS
   MACHINES CORPORATION,
3. TOSHIBA AMERICA, INC.,                            C. A. No. 2:04-CV-159-DF
4. TOSHIBA AMERICA CONSUMER
   PRODUCTS LLC,
5. TOSHIBA AMERICA INFORMATION
   SYSTEMS, INC.,
6. TOSHIBA AMERICA ELECTRONIC
   COMPONENTS, INC.,

                                        Defendants.


### [PROPOSED] ORDER GRANTING MOTION OF TOSHIBA DEFENDANTS TO DISMISS PURSUANT TO RULE 12(b)(1) OR, IN THE ALTERNATIVE, TO TRANSFER

        Defendants Toshiba America Consumer Products, L.L.C. ("TACP"), Toshiba

America Information Systems, Inc. ("TAIS"), and Toshiba America Electronic Components, Inc.

("TAEC") brought a Motion to Dismiss Pursuant to Rule 12(b)(1) or, in the Alternative, to

Transfer.  Having considered all papers submitted regarding this motion and any argument of

counsel, this Court hereby ORDERS that the motion is GRANTED.

        [ The complaint filed in this action as against TACP, TAIS, and TAEC is

DISMISSED.]

[The action as against TACP, TAIS, TAEC, and Toshiba America, Inc. is

TRANSFERRED to the District of Delaware.]

It is so ordered.

SIGNED this _____ day of _____, 2004.


_____
United States District Judge