Compression Labs Incorporated v. Dell, Inc et al
Case 2:04-cv-00159-DF   Document 65   Filed 11/24/2004   Page 1 of 4
Doc. 65

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | C.A. No. 2:04-CV-159-DF |
| ) | |
| Dell Inc., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## MOTION OF JENKENS & GILCHRIST, P.C. FOR LEAVE TO WITHDRAW FROM REPRESENTATION OF COMPRESSION LABS, INCORPORATED

Jenkens & Gilchrist, P.C., by its lawyers who have appeared on behalf of Compresssion Labs, Inc. ("CLI") in the above-captioned case, hereby move this Court, pursuant to Local Rule CV-11(d), for leave to withdraw from the representation of CLI in this lawsuit.

1. Lead trial counsel, Stephen G. Rudisill of Jenkens & Gilchrist, P.C., has previously filed an appearance as one of CLI's attorneys of record.

2. In addition, John C. Gatz, Gary E. Hood, Justin D. Swindells, Russell J. Genet, Margo Wolf O'Donnell, Brian N. Anderson, Cynthia K. Thompson, L. Steven Leshin, Merlyn D. Sampels, Scott C. Ryan, R. David Donoghue, and Daniel V. Flatten, all of Jenkens & Gilchrist, P.C., have also filed appearances on behalf of CLI.

3. The reason behind this request to withdraw is apparent from the most recent 10-K SEC filing of Forgent Networks, Inc. ("Forgent"), the parent company of CLI, in which Forgent stated: "On October 27, 2004, Forgent formally terminated its counsel and is currently in discussions with the law firm regarding the termination. Forgent has engaged new counsel to advise it in connection with its Patent Licensing Program and is working with both counsel to

LON:142964.1
50987.2

ensure a timely and efficient transition in legal services." Relevant pages from Forgent's most recent Form 10-K are attached as Exhibit 1.

4. Jenkens & Gilchrist, P.C., through its lawyers who appeared on behalf of CLI in this action, have taken reasonable steps to avoid foreseeable prejudice to the rights of CLI.

5. Forgent and CLI's new counsel includes G. Michael Gruber and Eric W. Buether, both of the law firm of Godwin Gruber, LLP.

6. Because CLI has already engaged new counsel, the withdrawal of Jenkens & Gilchrist, P.C. and its lawyers from the representation of CLI in this action should not affect the schedule for pleading, discovery, or other activities in this lawsuit.

WHEREFORE, Jenkens & Gilchrist, P.C., by its lawyers who have filed an appearance in this matter, respectfully requests that the Court grant its motion for leave to withdraw from representation of CLI in this case.

Respectfully submitted,

Dated:  November 4, 2004          By:/s/ Stephen G. Rudisill by permission S. Calvin Capshaw
                                  Stephen G. Rudisill (*attorney-in-charge*)
                                  Illinois Bar No.: 2417049
                                  Texas Bar No.: 17376050
                                  srudisill@jenkens.com
                                  John C. Gatz
                                  Illinois Bar No.: 6237140
                                  jgatz@jenkens.com
                                  Russell J. Genet
                                  Illinois Bar No.: 6255982
                                  rgenet @jenkens.com
                                  Justin D. Swindells
                                  Illinois Bar No.: 6257291
                                  jswindells@jenkens.com
                                  JENKENS & GILCHRIST, P.C.
                                  225 West Washington Street, Suite 2600
                                  Chicago, Illinois  60606

Tel.   (312) 425-3900
Fax   (312) 425-3909

S. Calvin Capshaw III
Texas Bar No.: 03783900
ccapshaw@mailbmc.com
BROWN, McCARROLL, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas  75601-5157
Tel.   (903) 236-9800
Fax.   (903) 236-8787

Franklin Jones, Jr.
Texas Bar No.: 00000055
maiezieh@millerfirm.com
JONES & JONES, Inc., P.C.
201 West Houston Street (75670)
P.O. Drawer 1249
Marshall, Texas  75670-1249
Tel.   (903) 938-4395
Fax.   (903) 938-3360

Otis Carroll
Texas Bar No.: 03895700
Jack Wesley Hill
Texas Bar No.: 24032294
nancy@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas  75703
Tel.   (903) 561-1600
Fax.   (903) 581-1071

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

On November 4, 2004, Counsel for CLI attempted to orally confer with counsel for Defendants in a good faith attempt to resolve the matter of this Motion without court intervention. Counsel for CLI has spoken or exchanged voicemail messages with various counsel for Defendants. Counsel for Defendants Dell and IBM have indicated that they do not oppose the withdrawal of Jenkens & Gilchrist. At the time of the filing of this Motion, none of the remaining counsel for Defendants have been able to indicate whether or not they oppose this motion.

/s/ Stephen G. Rudisill by permission S. Calvin Capshaw

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to the electronic service are being served with a copy of **MOTION OF JENKENS & GILCHRIST, P.C. FOR LEAVE TO WITHDRAW FROM REPRESENTATION OF COMPRESSION LABS, INCORPORATED** via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 4th day of November, 2004.

/s/ Stephen G. Rudisill by permission S. Calvin Capshaw