**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Compression Labs, Incorporated,  ) | |
|                                  ) | |
|     *Plaintiff*,      ) | |
| v.                               ) | C.A. No. 2:04-CV-159-DF |
|                                  ) | |
| Dell Corporation, *et al.*,      ) | |
|                                  ) | |
|     *Defendants*.     ) | |

## **MOTION TO WITHDRAW**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the undersigned counsel and attorneys of record in the above-entitled and numbered cause, and file this, their Motion to Withdraw as counsel of record, and would show the Court as follows:

I.

The undersigned hereby move the Court to withdraw as counsel of record in the above-entitled and numbered cause. Movants would show the Court that Plaintiff, Compression Labs, Inc., consents and agrees to the withdrawal from representation in this matter.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel hereby respectfully move the Court to withdraw as counsel of record in the above-entitled and numbered cause, and for such other and further relief as they may show themselves justly entitled.

LON:143535.1
50987.2

    Respectfully submitted,


    /s/ S. Calvin Capshaw
    S. Calvin Capshaw III
    Texas Bar No.: 03783900
    ccapshaw@mailbmc.com
    BROWN, McCARROLL, L.L.P.
    1127 Judson Road, Suite 220
    Longview, Texas 75601-5157
    Tel. (903) 236-9800
    Fax. (903) 236-8787


    /s/ Franklin Jones, Jr. by permission S. Calvin Capshaw
    Franklin Jones, Jr.
    Texas Bar No.: 00000055
    maizieh@millerfirm.com
    JONES & JONES, INC., P.C.
    201 West Houston Street (75670)
    P.O. Drawer 1249
    Marshall, Texas 75670-1249
    Tel. (903) 938-4395
    Fax. (903) 938-3360
    E-mail: maizieh@millerfirm.com

    /s/ Otis Carroll by permission S. Calvin Capshaw
    Otis Carroll
    Texas Bar No.: 03895700
    Jack Wesley Hill
    Texas Bar No.: 24032294
    IRELAND, CARROLL & KELLEY, P.C.
    6101 South Broadway, Suite 500
    Tyler, Texas 75703
    Tel. (903) 561-1600
    Fax. (903) 581-1071
    E-mail: fedserv@icklaw.com

    ATTORNEYS FOR PLAINTIFF

LON:143535.1
50987.2

## CERTIFICATE OF CONFERENCE

On November 24, 2004, I spoke with Counsel for Compression Labs, Inc., and they do not oppose this Motion to Withdraw.

/s/ S. Calvin Capshaw

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to the electronic service are being served with a copy of **MOTION TO WITHDRAW FROM REPRESENTATION OF COMPRESSION LABS, INCORPORATED** via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 24th day of November, 2004.

/s/S. Calvin Capshaw