# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| 1. COMPRESSION LABS, INC., <br><br> Plaintiff, <br><br> VS. <br><br> 1. DELL CORPORATION, ET AL, <br><br> Defendants. | Civil Action <br> No. 2:04-CV-159 <br> (Judge Folsom) |

## ORDER

On this day came on to be heard the Motion to Withdraw of Brown McCarroll, L.L.P., Jones & Jones, Inc., P.C. and Ireland, Carroll & Kelley, P.C., to withdraw as counsel of record in the above-entitled and numbered cause. The Court having considered the Motion to Withdraw, the Court is of the opinion that same should be GRANTED.

Accordingly, IT IS ORDERED that Brown McCarroll, L.L.P., Jones & Jones, Inc., P.C., and Ireland, Carroll & Kelley, P.C., be and hereby are withdrawn as counsel of record for Plaintiff in the above-entitled and numbered cause.

IT IS SO ORDERED on this the _____ day of _____, 2004.

LON:143535.1
50987.2