# United States District Court
# Eastern District of Texas

**COMPRESSION LABS, INC.**            **NOTICE**

V.

**DELL**                              CASE NUMBER: 2:04-CV-159

| TYPE OF CASE: | X   CIVIL | ___ CRIMINAL |

_X_ TAKE NOTICE that a proceeding in this case has been set for the place, date, & time set forth below:

| PLACE | DATE & TIME |
|---|---|
| United States Post Office and Courthouse<br>500 N. State Line<br>Texarkana, Texas 75501 | Monday, January 10, 2005, at 10:00 am |

TYPE OF PROCEEDING:

**HEARING ON MOTION TO DISMISS AND SCHEDULING ORDER**

____TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE & TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE & TIME |
|---|---|---|
|  |  |  |

                    Honorable David Folsom
                    U.S. DISTRICT JUDGE

December 13, 2004                    (by) Mel Martin, Courtoom Deputy
DATE

To:   PTY ATTYS OF RECORD
      COURT REPORTER
      COURT COORDINATOR
      CSO