FILED-CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

04 DEC -1 PM 2: 33

TX EASTERN-MARSHALL

BY_____

1. This application is being made for the following: Case #2:04-CV-159-TJW Style: Compression Labs, Inc. v. Dell, Inc. et al.

2. Applicant is representing the following party: Toshiba America, Inc.

3. Applicant was admitted to practice in California in December 1993.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied. If so, give complete information on a separate page.

7. Applicant has not ever had the privilege to practice before another court suspended. If so, give complete information on a separate page.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar. If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: United States District Court for the Northern District of California; U.S. Court of Appeals for the Ninth Circuit; and the U.S. Court of Appeals for the Federal Circuit .

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that she is being admitted for the limited purpose of appearing in the case specified above only.

DM_US\8042615 v1

Dockets.Justia.com

**Application Oath:**

I, <u>Denise M. De Mory</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __8/7/04__                  Signature _____

Name (please print)  Denise M. De Mory
State Bar Number  16800076
Firm Name:  Howrey, Simon, Arnold & White LLP
Address/P.O. Box:  525 Market Street, Suite 3600
City/State/Zip:  San Francisco CA 94105
Telephone #:  (415) 848-4900
Fax #:  (415) 848-4999
E-mail Address:  demoryd@howrey.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above.  This application has been approved for the court this 1st day of ___Dec___, 20 04

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

3