IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED
U.S. DISTRICT
EASTERN
DEC 14 2004
DAVID J. MALAND, CLERK
BY
DEPUTY

| | |
|---|---|
| 1. COMPRESSION LABS, INC., <br><br> Plaintiff, <br><br> VS. <br><br> 1. DELL CORPORATION, ET AL, <br><br> Defendants. | Civil Action <br> No. 2:04-CV-159 <br> (Judge Folsom) |

## ORDER

On this day came on to be heard the Motion to Withdraw of Brown McCarroll, L.L.P., Jones & Jones, Inc., P.C. and Ireland, Carroll & Kelley, P.C., to withdraw as counsel of record in the above-entitled and numbered cause. The Court having considered the Motion to Withdraw, the Court is of the opinion that same should be GRANTED.

Accordingly, IT IS ORDERED that Brown McCarroll, L.L.P., Jones & Jones, Inc., P.C., and Ireland, Carroll & Kelley, P.C., be and hereby are withdrawn as counsel of record for Plaintiff in the above-entitled and numbered cause.

IT IS SO ORDERED on this the 14th day of Dec, 2004.

USDJ

LON:143535.1
50987.2