# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **Compression Labs, Inc.** | § | |
| **Plaintiffs,** | § § § | **CIVIL ACTION NO. 2-04CV-159 (TJW)** |
| v. | § § | |
| 1. **Dell Incorporated,** | § | |
| 2. **International Business Machines Corporation,** | § § | |
| 3. **Toshiba America Incorporated,** | § | |
| 4. **Toshiba America Consumer Products, LLC,** | § § | |
| 5. **Toshiba America Information Systems, Inc.,** | § § | |
| 6. **Toshiba American Electronic Components, Inc.** | § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § § | |

### DEFENDANT TOSHIBA AMERICAN ELECTRONIC COMPONENTS, INC., NOTICE OF COMPLIANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Local Rule CV-26(c), Defendant Toshiba American Electronic Components, Inc., files this Notice of Compliance with Local Rule CV-26 Initial Disclosure Requirements. The undersigned certifies that on December 16, 2004, Defendant Toshiba American Electronic Components, Inc., as required by Federal Rule of Civil Procedure 26(a), prepared and submitted disclosures to counsel for Plaintiff.

DM_US\8082233.v1

        Respectfully submitted,

        **Howrey Simon Arnold & White, LLP**

By:  <u>/s/ Denise M. DeMory</u>
      Henry Bunsow
      Denise M. De Mory
      525 Market Street, Suite 3600
      San Francisco CA 94105
      Telephone: (415) 848-4900
      Facsimile:  (415) 848-4999

      Harry L. Gilliam, Jr.
      Gilliam & Smith, L.L.P.
      110 South Bolivar, Suite 204
      Marshall, Texas 75670
      Telephone:  (903) 934-8450
      Facsimile:   (903) 934-9257

      ATTORNEYS FOR DEFENDANT
      TOSHIBA AMERICAN ELECTRONIC
      COMPONENTS, INC.