**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

COMPRESSION LABS, INC.,                     §
                                            §
        Plaintiff,                          §
                                            §
v.                                          §        C. A. No. 2:04-CV-159-DF
                                            §        C. A. No. 2:04-CV-294-DF
DELL INC., *et al.*,                        §
ACER AMERICA CORPORATION, *et al.*          §
                                            §
        Defendants.                         §

**MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Compression Labs, Inc. ("CLI") moves the Court to enter a protective order governing discovery in the above-referenced cases as follows.

1.      On December 6, 2004, the Court entered a Stipulation and Protective Order governing discovery in the related '672 Patent case C.A. No. 2:04-CV-158-DF. *See* Docket Nos. 172, 173 for C.A. No. 2:04-CV-158-DF.

2.      Because the parties are engaging in coordinated discovery in the three related '672 Patent lawsuits (*i.e.* C.A. No. 2:04-CV-158-DF, C.A. No. 2:04-CV-159-DF and C.A. No. 2:04-CV-294-DF), CLI requests that the Court enter a Protective Order in C.A. No. 2:04-CV-159-DF and C.A. No. 2:04-CV-294-DF which is substantially identical in form to the one entered in C.A. No. 2:04-CV-158-DF.

3.      CLI therefore asks the Court to enter the Protective Order attached hereto as Exhibit A in both the C. A. No. 2:04-CV-159-DF and C. A. No. 2:04-CV-294-DF cases.

1

Dockets.Justia.com

4.      CLI's counsel conferred with counsel for the various Defendants regarding the entry of the Protective Order.  From the C. A. No. 2:04-CV-159-DF case, counsel for all defendants stated that their clients either agree to or do not oppose the entry of the Protective Order. From the C. A. No. 2:04-CV-294-DF case, counsel for Acer America, Audiovox Corp., Audiovox Electronics Corp., BancTec, Inc., BenQ America Corp., Scansoft, Inc., Sun Microsystems, Inc., TiVo, Inc., and Yahoo!, Inc. stated that their clients either agree to or do not oppose the entry of the Protective Order. Counsel for AudioVox Communications Corp., Color Dreams, Inc., Google, Inc., and Veo, Inc. did not respond to counsel's attempts to confer with them regarding this protective order.  CLI, therefore, files this motion as opposed by those particular defendants who did not respond to CLI's attempts to meet and confer.

5.      Wherefore, CLI respectfully requests that the Court grant this motion and enter the Protective Order attached hereto as Exhibit A.

Dated:  December 20, 2004

Respectfully submitted,

**GODWIN GRUBER, LLP**

By:    /s/ Eric W. Buether
　　　　Eric W. Buether
　　　　Attorney in Charge
　　　　Texas State Bar No. 03316880
　　　　ebuether@godwingruber
　　　　1202 Elm Street, Suite 1700
　　　　Dallas, Texas  75270
　　　　(214) 939-4400
　　　　(214) 760-7332 Facsimile

　　　　**ATTORNEYS    FOR    COMPRESSION
　　　　LABS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this 20th day of December 2004.

　　　　　/s/ Eric W. Buether

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COMPRESSION LABS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C. A. No. 2:04-CV-159-DF |
| | § | C. A. No. 2:04-CV-294-DF |
| DELL INC., *et al.*, | § | |
| ACER AMERICA CORPORATION, *et al.* | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court, having considered Plaintiff Compression Labs, Inc.'s Motion for Entry of

Protective Order, is of the opinion that the motion should be GRANTED.

Accordingly, it is ORDERED that the Protective Order, in the form attached to the

Plaintiff's Motion as Exhibit A is hereby entered.

SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE