IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC., | § § § | |
| Plaintiff, | § | |
| v. | § | 2:04-CV-158-DF |
| | § | |
| ADOBE SYSTEMS, INC., et. al., | § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| COMPRESSION LABS, INC., | § § | |
| Plaintiff, | § | |
| v. | § | 2:04-CV-159-DF |
| | § | |
| DELL, INC., et. al., | § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| COMPRESSION LABS, INC., | § § | |
| Plaintiff, | § | |
| v. | § | 2:04-CV-294-DF |
| | § | |
| ACER AMERICAN, CORP., et. al., | § § | |
| Defendants. | § | |

## ORDER

Pending before the Court are Defendants' Motions to Dismiss Pursuant to Rule 12(b)(7) (C.A. No. 158, Doc. Nos. 44, 45 and 91; C.A. No. 159, Doc. No. 19; and C.A. No. 294, Doc. Nos. 40, 42, 43, 44, and 66). Due to an unforeseeable scheduling conflict the Court is unable to here these matters as scheduled; therefore, these motions are hereby **RESCHEDULED** for hearing on Monday,

January 31, 2005 at **10:00 a.m. IN TEXARKANA**. Defendants, collectively, shall have forty-five (45) minutes to present their motions and Plaintiff shall have forty-five (45) minutes to respond. If Defendants are unable to reach an agreement with respect to the allocation of time among each separate Defendant, they should notify the Court immediately. Upon such notice, the Court will allocated time among the respective Defendants prior to the hearing.

Also pending before the Court are Toshiba Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1), or, in the Alternative, Motion to Transfer (C.A. No. 159, Doc. Nos. 63 and 64), Defendant AudioVox's Motion to Dismiss Pursuant to Rule 12(b)(2) and (3) (C.A. No. 294, Doc. No. 79), and Defendants Sun Microsystems and Yahoo's Motion to Change Venue (C.A. No. 294, Doc. Nos. 50 and 52). Likewise, these matters are hereby **RESCHEDULED** for hearing on Monday, January 31, 2005 at **10:00 a.m. IN TEXARKANA**. Defendants shall have fifteen (15) minutes to present their respective motions and Plaintiff shall have fifteen (15) minutes to respond to each. Lastly, the Court will address any scheduling matters upon completion of the hearing.

**SIGNED this 6th day of January, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE