# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **COMPRESSION LABS, INC.,** | § § § | |
| Plaintiff, | § | |
| v. | § | **2:04-CV-158-DF** |
| | § | |
| **ADOBE SYSTEMS, INC., et. al.,** | § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| **COMPRESSION LABS, INC.,** | § § § | |
| Plaintiff, | § | |
| v. | § | **2:04-CV-159-DF** |
| | § | |
| **DELL, INC., et. al.,** | § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| **COMPRESSION LABS, INC.,** | § § § | |
| Plaintiff, | § | |
| v. | § | **2:04-CV-294-DF** |
| | § | |
| **ACER AMERICAN, CORP., et. al.,** | § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| **COMPRESSION LABS, INC.,** | § § § | |
| Plaintiff, | § | |
| v. | § | **2:04-CV-410-DF** |
| | § | |
| **CREO, INC., et. al.,** | § § | |
| Defendants. | § § | |

# ORDER

On January 14, 2005, Judge T. John Ward entered and Order in Civil Action No. 2:04-CV-410 (Doc. No. 13) wherein the case was consolidated with Civil Action Nos. 2:04-CV-158, 2:04-CV-159, and 2:04-CV-294.  However, these matters have not been consolidated.  As such, the Court hereby VACATES Judge Ward's Order to the extent that it proclaims to consolidate these matters and treats said Order as a reassignment.  Therefore, the above captioned causes of action are currently pending before this Court as four separate causes of action.  The Court will address the issue of consolidation after the hearing on Monday, January 31, 2005.

Further, the Court hereby **RESCHEDULES** the hearing set for Monday, January 31, 2005 **FROM 10:00 a.m. TO 9:30 a.m.**

SIGNED this 19th day of January, 2005.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE